MAYALL HURLEY P.C.
ROBERT J. WASSERMAN (SBN:  258538)
rwasserman@mayallaw.com
WILLIAM J. GORHAM (SBN:  151773)
wgorham@mayallaw.com
NICHOLAS J. SCARDIGLI (SBN:  249947)
nscardigli@mayallaw.com
VLADIMIR J. KOZINA (SBN:  284645)
vjkozina@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone:  (209) 477-3833
Facsimile:  (209) 473-4818

Attorneys for Plaintiff
JOSE CARABEZ

KAUFMAN DOLOWICH & VOLUCK, LLP
KATHLEEN M. HURLY (SBN:  169907)
khurly@kdvlaw.com
GABRIEL N. RUBIN (SBN: 241659)
grubin@kdvlaw.com
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone:  (415) 926-7600
Facsimile:  (415) 926-7601

Attorneys for Defendant
CONSTELLATION BRANDS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARABEZ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CONSTELLATION BRANDS, INC.; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.:  2:16-CV-01294-JAM-CKD<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED CLASS ACTION AND INDIVIDUAL COMPLAINT** |

1

## ORDER

2   The Parties' Stipulation is approved.

3   IT IS HEREBY ORDERED that

4   1.   Plaintiff Jose Carabez ("Plaintiff") shall have leave to file the attached Amended

5   Class Action and Individual Complaint in the above-captioned matter;

6   2.   Upon the granting of this Order, the Clerk of the Court shall accept and file the

7   attached Amended Class Action and Individual Complaint;

8   3.   Plaintiff shall have 10 days from the date of entry of this Order to serve the

9   Amended Class Action and Individual Complaint upon Defendant Constellation

10   Brands, Inc. ("Defendant"); and

11   4.   Unless Defendant chooses to file an alternative responsive pleading within thirty

12   days from the date of service of the Amended Class Action and Individual

13   Complaint, Defendant's Answer to Plaintiff's Second Amended Complaint shall

14   serve as Defendant's responsive pleading to the Amended Class Action and

15   Individual Complaint.

16

17   **DATED:** 8/11/2016

18

19

20   /s/ John A. Mendez_____ ____
     U. S. DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28