MAYALL HURLEY P.C.
ROBERT J. WASSERMAN (SBN: 258538)
rwasserman@mayallaw.com
WILLIAM J. GORHAM (SBN: 151773)
wgorham@mayallaw.com
NICHOLAS J. SCARDIGLI (SBN: 249947)
nscardigli@mayallaw.com
VLADIMIR J. KOZINA (SBN: 284645)
vjkozina@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818

Attorneys for Plaintiff
JOSE CARABEZ

KAUFMAN DOLOWICH & VOLUCK, LLP
KATHLEEN M. HURLY (SBN: 169907)
khurly@kdvlaw.com
GABRIEL N. RUBIN (SBN: 241659)
grubin@kdvlaw.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601

Attorneys for Defendant
CONSTELLATION BRANDS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSE CARABEZ, an individual,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**CONSTELLATION BRANDS, INC.; and DOES 1-100, inclusive,**<br><br>**Defendants.** | **Case No.: 2:16−CV−01294−JAM−DB**<br><br>**ORDER CONTINUING FILING DEADLINE AND HEARING DATE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

# [PROPOSED] ORDER

The Parties' Stipulation is approved.

IT IS HEREBY ORDERED that

1. The current filing deadline and hearing date for Plaintiff's motion for class certification are VACATED;
2. Plaintiff shall file a motion for class certification on or before June 27, 2017;
3. Defendant shall file any opposition on or before July 11, 2017;
4. Plaintiff shall file any reply on or before July 18, 2017; and
5. Plaintiff's motion for class certification shall be heard on July 25, 2017 at 1:30 pm in Courtroom 6 of the above-captioned court.

**DATED:** 5/19/2017

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE