1  MAYALL HURLEY P.C.
   ROBERT J. WASSERMAN (SBN: 258538)
2  rwasserman@mayallaw.com
   VLADIMIR J. KOZINA (SBN: 284645)
3  vjkozina@mayallaw.com
   2453 Grand Canal Boulevard
4  Stockton, California 95207-8253
5  Telephone: (209) 473-3833
   Facsimile: (209) 477-4818
6
7  Attorneys for Plaintiff Jose Carabez

8  KAUFMAN DOLOWICH & VOLUCK, LLP
   KATHLEEN M. HURLEY, ESQ (SBN 169907)
9  GABRIEL N. RUBIN, ESQ (SBN 241659)
   425 California Street, Suite 2100
10 San Francisco, California 94104
   Telephone: (415) 926-7600
11 Facsimile: (415) 926-7601
12
   Attorneys for Defendant Constellation Brands, Inc.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSE CARABEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CONSTELLATION BRANDS, INC.; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 2:16-cv-01294-JAM-CKD<br><br>ORDER DISMISSING ACTION<br>[F.R.C.P. Rule 41(a)(1)(A)(ii)] |

# ORDER

Upon review of the Joint Request for Dismissal entered into by and between the parties in the above-referenced action, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's class claims are dismissed without prejudice;
2. Plaintiff's PAGA claims are dismissed without prejudice as to any other current or former employees of Defendant;
3. Plaintiff's individual claims are dismissed with prejudice;
4. The parties are to bear their own attorneys' fees and costs;
5. The Clerk of the Court is directed to close the case.

**DATED:** 2/8/2018      /s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE